IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**RICHARD M. ORTEGA**

       **Petitioner,**

vs.                                                   No. CIV 10-018 JH/WDS

**JOE R. WILLIAMS, Warden,**
**and GARY K. KING,**
**Attorney General for the**
**State of New Mexico,**

       **Respondents.**

## ORDER

       **THIS MATTER** comes before the Court on Petitioner's Motion for Copies of State District Court Record Proper and State District Court Transcripts Pursuant to 28 U.S.C. §2254 filed October 8, 2010. [Doc. 30]. Having considered the Motion, this Court finds that it is well taken and it will be granted.

       **IT IS ORDERED** that Respondents[1] have seven (7) days from entry of this Order to mail a copy of all documents identified in its Notice Regarding Filing of State District Court Record Proper and Transcripts filed September 16, 2010 [Doc. 29] to Petitioner.

       **IT IS FURTHER ORDERED** that Petitioner has forty-five (45) days from receipt of these documents to file his Reply to Respondents' Answer to Petition for Writ of Habeas Corpus.

_____
**W. DANIEL SCHNEIDER**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Petitioner requests that the Clerk of Court provide him with copies of the documents; however, the Court is ordering the Respondents to do so.