IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO


RICHARD M. ORTEGA,

Applicant,

v.                                                                            No. CV 10-18 JH/WDS

JOE R. WILLIAMS,

Respondent.


**ORDER FOR STATUS REPORT**

THIS MATTER comes before the court *sua sponte*. On June 14, 2012 Petitioner filed a second motion for an extension of time to file objections to the November 18, 2011 Report and Recommendations of the undersigned. Petitioner seeks a second extension of 180 days on the basis that the Innocense Project is evaluating his case and determining whether they will enter the case officially on his behalf. Respondent objects to the extension based on the fact that the Innocense Project has not entered an appearance on Petitioner's behalf, and there is no evidence before the Court that they are contemplating doing so. In the Court's opinion the Respondent's concerns are valid. Accordingly, Petitioner is directed to file a status report specifying *in detail* his point of contact at the Innocense Project and the status of the Innocense Project's evaluation of his claim, including whether that evaluation is ongoing, how long it is expected to last, and the point in time when representatives of the Innocense Project expect to be able to make a determination whether they will be entering an appearance on Petitioner's behalf, as well as any other information that would be helpful to the Court. This order for a status report is not to be construed as an order to reveal information protected by the attorney-client privilege. The order shall be filed on or before

August 9, 2012.

    **IT IS SO ORDERED.**

                                                **W. DANIEL SCHNEIDER**
                                                **United States Magistrate Judge**